JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL G.,

          Plaintiff,

   v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

          Defendant.

Case No. 2:23-cv-07843-KES

JUDGMENT

     IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: February 16, 2024

                        Karen E. Scott

                        KAREN E. SCOTT
                        United States Magistrate Judge